# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| Untied States of America, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 03-0188-01-CR-W-FJG |
| Frank G. Dickey, Jr., | ) | |
|     Defendant. | ) | |

## ORDER

Plaintiff's motion to correct mathematical error in restitution (Doc. #17), filed May 3, 2005, is sustained. The Court will enter an amended Judgment In A Criminal Case order to reflect the correct total amount of restitution owed by defendant Dickey to be $1,416,350.

    /s/Fernando J. Gaitan, Jr.
    United States District Judge

Dated:   June 20, 2005
Kansas City, Missouri